OPINION OF THE COURT
 

 On review of submissions pursuant to rule 500.2 (b) of the Rules of the Court of Appeals (22 NYCRR 500.2 [b]), order reversed and judgment reinstated for the reasons stated in the dissenting memorandum by Justice Leonard H. Sandler at the Appellate Division (86 AD2d 811, 812; see, also,
 
 People v Glover,
 
 57 NY2d 61;
 
 People v Green, 56
 
 NY2d 427) and the case remitted to the Appellate Division, First Department, for consideration of the facts (CPL 470.40, subd 2, par [b]; 470.25, subd 2, par [d]).
 

 Concur: Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Fuchsberg and Meyer. Taking no part: Judge Gabrielli.